USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
TYISHA CHANCEY,                                               :
                                    Plaintiff,                :
                                                              :    19 Civ. 6492 (LGS)
                    -against-                                 :
                                                              :    ORDER
CAPITAL ONE, N.A.,                                            :
                                    Defendant.                :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for March 12, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the March 12, 2020, 10:40 a.m. initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan will follow separately. If the parties seek another mediation referral or a settlement conference before the assigned Magistrate Judge, they shall request one by joint letter to the Court.

The parties are advised that the Court does not extend discovery extensions absent compelling circumstances.

Dated: March 9, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**