# LAW OFFICE OF STANLEY CHINITZ
260 MADISON AVENUE, FLOOR 17
NEW YORK, NY 10016
OFFICE: 212.935.4611
FAX: 212.379.2083
E-MAIL: schinitz@chinitzlaw.com

July 9, 2020

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Application GRANTED. Plaintiff is granted leave to file her Amended Complaint by end of day today, July 10, 2020.**

Dated: July 10, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Chancey v. Capital One, N.A.*, 19-cv-06492, Refiling of Amended Complaint

Dear Judge Schofield:

I represent Plaintiff Tyisha Chancey in the above-captioned litigation.

Plaintiff filed her First Amended Complaint via the CM-ECF System on July 8, 2020, the deadline for the Parties to amend their pleadings. This deadline had been extended one time from June 29, 2020 upon the Parties' joint request to the Court.

On July 9, 2020, Plaintiff received a notice of a deficient pleading. To correct the deficiency, Plaintiff must complete and file the Court's Summons in a Civil Action Form, delete the first page of the originally-filed First Amended Complaint, and attach the Court's leave to refile.

In this regard, Plaintiff respectfully requests the Court's leave to correct the deficiency and refile her Amended pleading by 5:00 pm on July 10, 2020. Given the clerical nature of the correction to be made, this extension will not affect any other scheduled dates in this matter.

I thank the Court for its consideration of this request.

Respectfully submitted,

Stanley Chinitz, Esq.

Hon. Lorna G. Schofield
July 9, 2020
Page 2

                                                                         Law Office of Stanley Chinitz
                                                                             *Attorneys for Plaintiff*

cc:    Simone R.D. Francis, Esq. (via ECF)
         Kelly M Cardin, Esq. (via ECF)