UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TYISHA CHANCEY,                                             :
                              Plaintiff,                    :
                                                            :      19 Civ. 6492 (LGS)
                 -against-                                  :
                                                            :      ORDER
CAPITAL ONE, N.A.,                                          :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Amended Civil Case Management Plan, discovery closed on August 24, 2020 (Dkt. No. 25);

WHEREAS, on August 27, 2020, Defendant filed a pre-motion letter, proposing its motion for summary judgment (Dkt. No. 38). Plaintiff filed a response, which renewed her request to seek certain reports and a confirmatory deposition (Dkt. No. 40);

WHEREAS, on September 5, 2020, Plaintiff filed a letter motion, seeking to compel responses to requests to admit first served on June 9, 2020 (Dkt. No. 41). It is hereby

**ORDERED** that Plaintiff's discovery application and renewed request for discovery are DENIED. Discovery closed on August 24, 2020, and Plaintiff's application and renewed request do not show good cause to re-open discovery. It is further

**ORDERED** that the case management conference scheduled on **September 10, 2020, 10:50 a.m.**, will be held telephonically on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

The Clerk of Court is respectfully directed to close Dkt. No. 41.

Dated: September 8, 2020
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**