UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYISHA CHANCEY,
                      Plaintiff,

             -against-

CAPITAL ONE, N.A.,
                      Defendant.
------------------------------------------------------------X

19 Civ. 6492 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephonic case management conference was held on September 10, 2020, to discuss Defendant's proposed motion for summary judgment. For the reasons stated at the conference, it is hereby

    **ORDERED** that the parties shall attempt to resolve the matter through alternative dispute resolution before a briefing schedule for Defendant's proposed motion for summary judgment is entered. By **September 14, 2020**, the parties shall file a joint letter advising whether they prefer a referral for a settlement conference before the Magistrate Judge or for the Court's Mediation Program.

Dated: September 10, 2020
         New York, New York

                                                  **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**